29424-016

AO 442 (Rev 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

SOUTHERN District of OHIO

08 JUN 12 P 12:44

UNITED STATES OF AMERICA

v.

Brian K. Thomas

08-439-M-01
**WARRANT FOR ARREST**

Case Number 1:08MJ160

**FILED**
JUL 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

I certify that this is a true and correct copy of the original filed in my Office on 6-12-08
JAMES BONINI, CLERK
BY: _____ Deputy Clerk
DATE: 6-12-08

YOU ARE HEREBY COMMANDED to arrest   Brian K. Thomas

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)
willfully and knowingly stealing and purloining property of the United States, that is, benefits from the Veterans Affairs to which he was not entitled

in violation of Title ___18___ United States Code, Section(s) ___641___

Timothy S. Hogan
Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

June 12, 2008   Cincinnati, Ohio
Date and Location

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 17 July 08 | NAME AND TITLE OF ARRESTING OFFICER Reporting DUSM Robert C Byars | SIGNATURE OF ARRESTING OFFICER Reporting Robert C. Byars |
|---|---|---|
| DATE OF ARREST | | |

AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ OHIO

08 JUN 12 PM 2:41

UNITED STATES OF AMERICA
v.
Brian K. Thomas

**CRIMINAL COMPLAINT**

08-439-M-01

FILED
JUL 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case Number: 1:08 MJ 160

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about January 18, 2006 in Hamilton County, in the Southern District of Ohio defendant(s) did,

(Track Statutory Language of Offense)

willfully and knowingly steal and purloin money of the United States

in violation of Title __13__ United States Code, Section(s) __641__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:

See attached Affidavit which is incorporated herein.

Continued on the attached sheet and made a part of this complaint: ☑ Yes ☐ No

Signature of Complainant

Raymond P. Vasil
Printed Name of Complainant

Sworn to before me and signed in my presence,

June 12, 2008                                    at    Cincinnati, Ohio
Date                                                    City            State

Timothy S. Hogan, United States Magistrate Judge
Name and Title of Judge                                Signature of Judge

JUN-13-2008 FRI 08:52 AM J S   JRNEY                FAX NO. 51368       5         P.03
Case 1:08-mj-00439-DAR   Document 1-2   Filed 07/17/2008   Page 2 of 3

Case 1:08-mj-00160   Document 1   Filed 06/12/2008   Page 2 of 3

DDG

## AFFIDAVIT

Your affiant, Raymond P. Vasil, being duly sworn, deposes and states:

1. I, Raymond P. Vasi, am a Special Agent with the U.S. Department of Veterans Affairs, Office of Inspector General (VAOIG) and have been so employed since June 2001. I have been employed in law enforcement positions since 1991. The VAOIG is charged with the responsibility of conducting investigations relating to the programs and operations of the VA. I am currently stationed at the Central Field Office of Investigations, Hines, IL.

2. This affidavit is made in support of a criminal complaint against Brian K. THOMAS who willfully and knowingly did steal and purloin money of the United States, that is, benefits from the Veterans Affairs (VA benefits), to which he was not entitled in violation of 18 U.S.C. § 641.

3. Eligibility for most VA benefits is based upon discharge from active military service under other than dishonorable conditions. Active service means full-time service, other than active duty for training, as a member of the Army, Navy, Air Force, Marine Corps, Coast Guard, or as a commissioned officer of the Public Health Service, Environmental Science Services Administration or National Oceanic and Atmospheric Administration, or its predecessor, the Coast and Geodetic Survey. Generally, men and women veterans with similar service may be entitled to the same VA benefits.

4. Dishonorable and bad conduct discharges issued by general courts-martial may bar VA benefits. Veterans in prison and parolees must contact a VA regional office to determine eligibility. VA benefits will not be provided to any veteran or dependent wanted for an outstanding felony warrant.

5. The affiant contacted the National Personnel Records Center and obtained a copy of THOMAS's service records. Included among the records are his Department of Defense Forms 214 *Certificate of Release or Discharge* (DD214) from both the U.S. Army Reserve and the U.S. Marine Corps. THOMAS served in the Army reserve from 1/4/1980 until 4/9/1980 when he was discharged early to enable him to enlist in the Marine Corps on active duty. A copy of his Army Reserve DD214 indicates the character of his discharge was honorable. Service in the reserves does not make an individual eligible for VA benefits unless he was activated under executive order. THOMAS was never on active duty in the Army Reserve, so he is not eligible for benefits for this time of service.

6. THOMAS's Marine Corps DD214 indicates that he served in the Marines from 10/3/1980 until 9/14/1983 when he was discharged as a result of being court-martialed. The character of his discharge is "Bad Conduct" which, because of the circumstances involved, makes him ineligible to receive VA benefits. THOMAS's signature is affixed to both Forms 214.

7. The affiant contacted the Cincinnati Veteran Affairs Medical Center (VAMC), located in Hamilton County in the Southern District of Ohio, and learned the following: On 1/18/2005, THOMAS filled out a VA Form 10-10EZ *Application for Health Benefits* at the VAMC. In

JUN-13-2008 FRI 08:53 AM J S  ORNEY                FAX NO. 51208           PAGE 04
Case 1:08-mj-00439-DAR    Document 1-2    Filed 07/17/2008    Page 3 of 3    P. 04

Case 1:08-mj-00160    Document 1    Filed 06/12/2008    Page 3 of 3

bold print at the top of this form is printed "Federal law provides criminal penalties, including a fine and/or imprisonment for up to 5 years, for concealing a material fact or making a materially false statement (See 18 U.S.C. 1001)." On this form, THOMAS stated that he served in the U.S. Marines from 10/2/1980 until 9/14/1983 and was given an "Honorable" discharge. His signature is on the bottom of the form. In addition to the *Application for Health Benefits*, THOMAS signed and dated a VA *Report of Contact* in which he stated he understood he had not submitted proof of military service with an honorable discharge and agreed to reimburse the VA if he did not submit the needed proof. Based on the forms submitted, THOMAS was provided treatment at the VAMC.

8. The affiant contacted the director's office at the Cincinnati VAMC and asked for a billing for services provided to THOMAS at the facility. Based on the humanitarian co-payment rate of charges, the total amount of care given THOMAS was calculated at $2,682. THOMAS has not reimbursed the VA for these services.

9. THOMAS also received medical care at other VA facilities during this same time period totaling $15,548. He would not have been eligible for these treatments if he had truthfully disclosed the character of his discharge from the Marine Corps.

10. On 1/24/2006, the affiant interviewed THOMAS. He admitted that he had been court-martialed and given a bad conduct discharge. He identified his hand writing and signature on the *Application for Health Benefits* filled out at the Cincinnati VAMC and stated that he, in fact, had received the medical treatment at the Cincinnati VAMC and other sites documented above.

11. Your affiant has not included each and every fact known or provided by VA and law enforcement source concerning the individual events described herein. The information contained in this affidavit is based on information provided to your affiant by VA staff and other witnesses.

12. Based on the above information, your affiant has probable cause to believe Brian K. THOMAS has committed theft of money of the United States in violation of 18 U.S.C. § 641.

Further your affiant sayeth naught.

Raymond P. Vasil, Special Agent
Department of Veterans Affairs
Office of Inspector General

Sworn to before me and subscribed in my presence on this 12th day of June, 2008.

Timothy S. Hogan
United States Magistrate Judge