Rev 1/07

**FILED**
AUG 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Clerk's Office**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

Date: 08/15/08

Address of Other Court: USDC Southern District of Ohio
100 East Fifth Street
Cincinnati, OH 45202

RE: CR 08-M-439-01

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

| | | | |
|---|---|---|---|
| ☑ | Docket Sheet | ☐ | Warrant of Removal |
| ☑ | Complaint | ☑ | Order of Removal |
| ☐ | Minute Order Appointing Counsel | ☐ | Detention Order |
| ☐ | Corporate Surety Bond | ☑ | Waiver of Removal |
| ☐ | Personal Surety Bond | | |
| ☑ | Other: Attorney Appearance pleading | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

RECEIVED
AUG 15 2008
JAMES BONINI, Clerk
CINCINNATI, OHIO

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: _Anjanie Sewsankar_
Deputy Clerk